**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 21-2257**

─────────────

GWENDOLINE ATEMKENG,

Plaintiff - Appellant,

v.

DOCTORS HOSPITAL, INC., trading as Doctors Community Hospital,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Lydia Kay Griggsby, District Judge.  (8:19-cv-00806-LKG)

─────────────

Submitted:  January 24, 2023                          Decided:  March 13, 2023

─────────────

Before NIEMEYER, KING, and RUSHING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Gwendoline Atemkeng, Appellant Pro Se.  Kenneth Maxwell Bernas, Atlanta, Georgia, Jay Robert Fries, Baltimore, Maryland, Jacquelyn Lorraine Thompson, FORDHARRISON LLP, Washington, D.C., for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gwendoline Atemkeng appeals the district court's order granting Appellee summary judgment on her complaint filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17, and the Maryland Fair Employment Practices Act, Md. Code Ann., State Gov't §§ 20-601 to 20-611 (2022). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Atemkeng v. Doctors' Hosp., Inc.*, No. 8:19-cv-00806-LKG (D. Md. Oct. 13, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*